MILES M. DEWHIRST, NO. 11837
RICK N. HADERLIE, NO. 9346
KYLE L. SHOOP, NO. 13356
DEWHIRST & DOLVEN, LLC
4179 Riverboat Road, Ste. 206
Salt Lake City, Utah 84123
Telephone:  801-274-2717
Facsimile:   801-274-0170
Email: mdewhirst@dewhirstdolven.com
Email: rhaderlie@dewhirstdolven.com
Email: kshoop@dewhirstdolven.com

*Attorneys for Defendant,*
*Navajo Shippers, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM WHITE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVAJO SHIPPERS, Inc., a Colorado Corporation,<br><br>Defendant. | Civil Action No. 1:18-cv-00119<br><br>Judge: Jill Parrish |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff William White and Defendant Navajo Shippers, Inc. (hereinafter collectively the "Parties"), by and through their respective counsel, and hereby stipulate for dismissal, with prejudice and on the merits, of any and all claims brought, or which could have been brought, by Plaintiff against Defendant in this lawsuit, with each party to bear their own costs and fees.  The basis for this stipulation is that the parties have settled all claims in this lawsuit and

pertaining to the above-captioned matter, and thus this Stipulated Motion is the final resolution of any and all claims relative to the above-captioned matter.

The parties, through counsel and pursuant to the Federal Rules of Civil Procedure, hereby move the Court for an Order dismissing, with prejudice and on the merits, any and all claims brought by Plaintiff against Defendants, with each party to bear their own costs and fees.

The parties also move to vacate the scheduling conference presently scheduled for April 30, 2020, due to this motion for dismissal with prejudice.

Pursuant to Local Rule 7-1, a proposed Order is attached as Exhibit A for this Court's consideration.

Respectfully Stipulated to this 26th day of February, 2020.

DEWHIRST & DOLVEN, LLC

By */s/ Kyle L. Shoop*
Rick N. Haderlie, Esq.
Kyle L. Shoop, Esq.
Dewhirst & Dolven, LLC
4179 Riverboat Road, Ste. 206
Salt Lake City, UT 84123
Phone: (801) 274-2717
Facsimile: (801) 274-0170
Email: rhaderlie@dewhirstdolven.com
Email: kshoop@dewhirstdolven.com
Attorneys for Defendant,
Navajo Shippers, Inc.

Respectfully Stipulated to this 26th day of February, 2020.

2

NUTTALL, BROWN & COUTTS

By /s/ *Brian S. Coutts*
(Signature affixed with permission)
Brian S. Coutts, Esq.
Tyler J. Brown, Esq.
Nuttall, Brown & Coutts
6925 Union Park Center, Suite 210
Cottonwood Heights, Utah 84047-4198
Phone: (801)255-2102
Fax: (801)255-2032
tylerbrown@nuttallbrown.com
briancoutts@nuttalbrown.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2020, I caused a true and correct copy of the foregoing pleading to be served via the Court's electronic filing system upon the following:

| | |
|---|---|
| Brian S. Coutts, Esq.<br>Tyler J. Brown, Esq.<br>Nuttall, Brown & Coutts<br>6925 Union Park Center, Ste. 210<br>Midvale, UT 84047<br>**Counsel for Plaintiff** | briancoutts@nuttallbrown.com<br>tylerbrown@nuttallbrown.com |

*/s/ Marissa Church*
Marissa Church, CP