# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM WHITE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVAJO SHIPPERS, Inc., a Colorado Corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:18-cv-00119-JNP<br><br>District Judge Jill N. Parrish |

Having reviewed the parties' Stipulated Motion for Dismissal with Prejudice, and being fully advised and good cause appearing, the court HEREBY ORDERS:

1. The Parties' Stipulated Motion for Dismissal with Prejudice is GRANTED;

2. Plaintiff's claims brought, or which could have been brought, against Defendants in the above-captioned action are hereby DISMISSED, with prejudice and on the merits, each party to bear its own costs and fees for such action; and

3. All case deadlines and court conferences and hearings in this action, including the scheduling conference presently set on April 30, 2020, are hereby vacated.

Signed March 2, 2020

BY THE COURT:

Jill N. Parrish

United States District Court Judge